**Kartini TJANDRA, Appellant,**

v.

**John ASHCROFT in his Capacity as Attorney General; USA.**

No. 03–4493.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) Oct. 5, 2004.

Decided Oct. 6, 2004.

Ephraim T. Mella, Philadelphia, PA, for Appellant.

Viveca D. Parker, Philadelphia, PA, for Appellees.

Before SLOVITER, BECKER and STAPLETON, Circuit Judges.

*OPINION OF THE COURT*

STAPLETON, Circuit Judge.

Appellant Kartini TJANDRA was denied asylum and ordered removed. The BIA affirmed the removal order, and Tjandra petitioned this Court for review. After the denial by this Court of a motion to stay the order of removal, she was taken into custody pending her removal. Tjandra then filed in the United States District Court for the Eastern District of Pennsylvania a petition under 28 U.S.C. § 2241 for a writ of habeas corpus directing her custodian to explain why she should be kept in custody "pending determination of her appeal in connection with her asylum case before the Court of Appeals." Petition at 17. That petition was denied, and this appeal followed.

While her petition for review of the removal order and her appeal from the denial of a writ of habeas corpus were pending before this Court, the immigration authorities removed Tjandra from the United States. Thereafter, on March 22, 2004, her petition for review was denied by this Court.

We will enter an order dismissing Tjandra's appeal as moot. The only relief sought by her petition to the District Court was relief from custody pending disposition of her petition for review of her removal order. She is no longer in custody, and that petition is no longer pending.

This appeal will be dismissed as moot.